STATE OF NEW JERSEY v. RONALD L. WILLIAMS.

April 10, 1979.   Petition for certification denied.

BRUNSWICK FUEL OIL CO., INC.

v.

THE HARTFORD ACCIDENT & INDEMNITY CO.

April 10, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES DANA CARR.

April 10, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL CLAUDIO.

April 10, 1979.   Petition for certification denied.

ROBERT HENRY KENNEDY v. BARBARA A. KENNEDY.

April 10, 1979.   Petition for certification denied.

STUART WAGNER v. TRANSAMERICA INSURANCE CO.

April 10, 1979.   Petition for certification denied.   (See 167 *N.J.Super.* 25)